**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: SMELTZER SYSTEMS, INC. | § | Case No. 06-72110 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
  327 South Church Street, Room #1100
  Rockford, IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/05/2012 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated :  07/23/2012          By:  /s/JOSEPH D. OLSEN
                                          Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: SMELTZER SYSTEMS, INC.  § Case No. 06-72110
　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　§

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 179,859.43 |
| *and approved disbursements of* | $ | 116,398.12 |
| *leaving a balance on hand of* [1] | $ | 63,461.31 |
| **Balance on hand:** | **$** | **63,461.31** |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 22 | CB&K Supply, Inc. | 1,033.97 | 0.00 | 0.00 | 0.00 |
| 23 | CB&K Supply, Inc. | 442.10 | 0.00 | 0.00 | 0.00 |
| 25 | CB&K Supply, Inc. | 5,677.57 | 0.00 | 0.00 | 0.00 |
| 26 | CB&K Supply, Inc. | 1,056.31 | 0.00 | 0.00 | 0.00 |
| 27 | CB&K Supply, Inc. | 19,742.36 | 0.00 | 0.00 | 0.00 |
| 28 | CB&K Supply, Inc. | 4,785.72 | 0.00 | 0.00 | 0.00 |
| 32 | CB&K Supply, Inc. | 24,702.28 | 0.00 | 0.00 | 0.00 |
| 33 | CB&K Supply, Inc. | 1,159.18 | 0.00 | 0.00 | 0.00 |
| 34 | CB&K Supply, Inc. | 11,772.85 | 0.00 | 0.00 | 0.00 |
| 35 | CB&K Supply, Inc. | 1,004.21 | 0.00 | 0.00 | 0.00 |
| 37 | CB&K Supply, Inc. | 12,226.60 | 0.00 | 0.00 | 0.00 |
| 38 | CB&K Supply, Inc. | 39,445.83 | 0.00 | 0.00 | 0.00 |
| 56 | CB&K Supply, Inc. | 104.32 | 0.00 | 0.00 | 0.00 |
| 58 | CB&K Supply, Inc. | 1,159.18 | 0.00 | 0.00 | 0.00 |
| 59 | CB&K Supply, Inc. | 2,667.75 | 0.00 | 0.00 | 0.00 |

　　[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 62S | Ferguson Enterprises, Inc. | 13,603.16 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 63,461.31

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 7,758.97 | 0.00 | 7,758.97 |
| Trustee, Expenses - JOSEPH D. OLSEN | 1,469.28 | 0.00 | 1,469.28 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 15,599.00 | 0.00 | 15,599.00 |

Total to be paid for chapter 7 administration expenses: $ 24,827.25
Remaining balance: $ 38,634.06

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 38,634.06

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,947.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 62P | Ferguson Enterprises, Inc. | 2,947.00 | 0.00 | 2,947.00 |

Total to be paid for priority claims: $ 2,947.00
Remaining balance: $ 35,687.06

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-NFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 298,134.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Yellow Book USA | 3,432.00 | 0.00 | 410.81 |
| 2 | YCS Printing | 103.26 | 0.00 | 12.36 |
| 3 | Youngs Consulting Services, Inc. | 700.00 | 0.00 | 83.79 |
| 4 | Columbia Pipe & Supply | 27,605.76 | 0.00 | 3,304.44 |
| 5 | Hodes | 2,173.65 | 0.00 | 260.19 |
| 6 | Maffett's Advertising | 210.00 | 0.00 | 25.14 |
| 7 | National Waterworks | 5,345.52 | 0.00 | 639.86 |
| 8 | Connor Supply Company | 12,989.56 | 0.00 | 1,554.87 |
| 9 | Lundberg Brothers Construction | 11,342.00 | 0.00 | 1,357.65 |
| 10 | James M St Clair | 28,582.13 | 0.00 | 3,421.31 |
| 11 | Kid's Spot | 333.00 | 0.00 | 39.86 |
| 12 | Gregory & Marilynn Smeltzer | 0.00 | 0.00 | 0.00 |
| 13 | McDermaids Roofing & Insulating Co | 395.00 | 0.00 | 47.28 |
| 14 | Climate Control Co., Inc. | 223.79 | 0.00 | 26.79 |
| 15 | North Park Rental | 149.40 | 0.00 | 17.88 |
| 16 | BAVCO | 857.60 | 0.00 | 102.66 |
| 17 | Riverside Community Bank | 131,551.90 | 0.00 | 15,746.92 |
| 18 | Frink's Sewer & Drain | 2,580.00 | 0.00 | 308.83 |
| 19 | Fastenal Company - Attn: Legal | 813.84 | 0.00 | 97.42 |
| 20 | Rockford Industrial Welding | 236.29 | 0.00 | 28.28 |
| 21 | CB&K Supply, Inc. | 348.12 | 0.00 | 41.67 |
| 24 | CB&K Supply, Inc. | 398.78 | 0.00 | 47.73 |
| 29 | CB&K Supply, Inc. | 73.59 | 0.00 | 8.81 |
| 30 | CB&K Supply, Inc. | 220.36 | 0.00 | 26.38 |
| 31 | CB&K Supply, Inc. | 346.18 | 0.00 | 41.44 |
| 36 | CB&K Supply, Inc. | 129.71 | 0.00 | 15.53 |
| 39 | CB&K Supply, Inc. | 3,846.47 | 0.00 | 460.43 |

**UST Form 101-7-NFR (10/1/2010)**

| 40 | CB&K Supply, Inc. | 1,143.94 | 0.00 | 136.93 |
|---|---|---|---|---|
| 41 | CB&K Supply, Inc. | 110.28 | 0.00 | 13.20 |
| 42 | CB&K Supply, Inc. | 465.46 | 0.00 | 55.72 |
| 43 | CB&K Supply, Inc. | 165.89 | 0.00 | 19.86 |
| 44 | CB&K Supply, Inc. | 300.51 | 0.00 | 35.97 |
| 45 | CB&K Supply, Inc. | 191.25 | 0.00 | 22.89 |
| 46 | CB&K Supply, Inc. | 167.80 | 0.00 | 20.09 |
| 47 | CB&K Supply, Inc. | 1,635.95 | 0.00 | 195.83 |
| 48 | CB&K Supply, Inc. | 442.52 | 0.00 | 52.97 |
| 49 | CB&K Supply, Inc. | 67.96 | 0.00 | 8.13 |
| 50 | CB&K Supply, Inc. | 901.00 | 0.00 | 107.85 |
| 51 | CB&K Supply, Inc. | 139.00 | 0.00 | 16.64 |
| 52 | CB&K Supply, Inc. | 4,120.20 | 0.00 | 493.19 |
| 53 | CB&K Supply, Inc. | 171.41 | 0.00 | 20.52 |
| 54 | CB&K Supply, Inc. | 720.02 | 0.00 | 86.19 |
| 55 | CB&K Supply, Inc. | 360.04 | 0.00 | 43.10 |
| 57 | CB&K Supply, Inc. | 231.90 | 0.00 | 27.76 |
| 60 | CB&K Supply, Inc. | 9.66 | 0.00 | 1.16 |
| 61 | CB&K Supply, Inc. | 473.40 | 0.00 | 56.67 |
| 62U | Ferguson Enterprises, Inc. | 16,230.54 | 0.00 | 1,942.81 |
| 63 | CB&K Supply, Inc. | 24.70 | 0.00 | 2.96 |
| 64 | CB&K Supply, Inc. | 2,499.72 | 0.00 | 299.22 |
| 65 | CB&K Supply, Inc. | 481.60 | 0.00 | 57.65 |
| 66 | Troy Lee Excavating, Inc. | 32,012.40 | 0.00 | 3,831.92 |
| 67 | CB&K Supply, Inc. | 79.39 | 0.00 | 9.50 |
| 68 | Stenstrom | 0.00 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:    $    35,687.06
Remaining balance:    $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $       0.00
Remaining balance:  $       0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $       0.00
Remaining balance:  $       0.00


Prepared By:  /s/JOSEPH D. OLSEN
                            Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 06-72110-MB
Smeltzer Plumbing Systems, Inc                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: kkrystave          Page 1 of 3          Date Rcvd: Aug 07, 2012
                              Form ID: pdf006          Total Noticed: 65

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2012.
```
db         +Smeltzer Plumbing Systems, Inc,    7848 Burden Rd,    Machesney Park, IL 61115-8201
11008732   +ABC Supply,    9203 N. Second Street,    Roscoe, IL 61073-7201
11008733   +Anderson Computer Services,    807 Garfield Avenue,    Rockford, IL 61103-6025
11008734   +Attorney Shawn C. Fulbright,    2601 Reid Farm Road,    Rockford, IL 61114-6698
11008735   +Austin Mechanical Sales, Inc.,    2020 Rivington Road,    Loves Park, IL 61111-3943
11008736   +B&H Industries,    80 West Seegers Road,    Arlington Heights, IL 60005-3917
11008737    BAVCO,    20435 South Susana Road,    Long Beach, CA 90810-1136
11008738   +Bennett Construction,    202 W. Third Street,    Pecatonica, IL 61063-7001
11228497    CB&K Supply, Inc.,    c/o Attorney Timothy A. Miller,    P.O. Box 4749,    Rockford, IL 61110-4749
11008741    Capital One Bank,    Bankruptcy Department,    PO Box 85167,    Richmond, VA 23285-5167
11008742    Capital One PLatinum Visa,    P Box 34631,    Seattle, WA 98124-1631
11008744   +City of Rockford,    425 E. State St.,    Rockford, IL 61104-1068
11008745   +Climate Control Co., Inc.,    5061 W. State Street,    Milwaukee, WI 53208-2693
11008746   +Columbia Pipe & Supply,    Attn: Jim Weiser,    1120 W Pershing Rd,    Chicago, IL 60609-1428
11008747    Connor Supply Company,    PO Box 5007,    Peoria, IL 61601-5007
11008748   +Cord Construction,    1322 E. State Street,    Rockford, IL 61104-2222
11091710    Debra A Delia,    CB & K Supply Inc,    124 N Water Street Suite 300,    POB 4749,
             Rockford IL 61110-4749
11008749   +Fastenal Company - Attn: Legal,    2001 Theurer Blvd,    POB 978,    Winona MN 55987-0978
11008750   +Ferguson Enterprises, Inc.,    Lauren Newman FagelHaber LLC,    55 E Monroe St, 40th Floor,
             Chicago, IL 60603-5713
11008751   +Fire & Safety, Inc.,    PO Box 5646,    Rockford, IL 61125-0646
11008752   +First Supply Rockford,    % First Supply Madison,    PO Box 8124,    Madison, WI 53708-8124
11008753    Fleet One, LLC   MSC30425,    PO Box 415000,    Nashville, TN 37241-5000
11008754   +Frink's Sewer & Drain,    Atty Timothy Horning,    3400 N Rockton Ave,    Rockford, IL 61103-1942
11008755   +Grainger Supply,    Dept. 825846033,    Palatine, IL 60038-0001
11008756   +Gregory & Marilynn Smeltzer,    4935 Squaw Valley Dr,    Caledonia, IL 61011-9029
11008757   +Hans Fleissner,    PO Box 512,    Clinton, WI 53525-0512
11008758   +Hodes,    PO Box 410107,    Kansas City, MO 64141-0107
11008759   +James M St Clair,    2503 Cerro Vista,    Rockford, IL 61107-1005
11008760   +Johnstone Supply, Inc.,    3358 Pyramid Drive,    Rockford, IL 61109-2794
11008761   +Kid's Spot,    11447 2nd St. - Suite 10,    Roscoe, IL 61073-9522
11008762   +King Cut Concrete Cutters, Inc.,    2411 Hiller Road - Ste. F,    Mchenry, IL 60051-7603
11101905   +Lauren Newman,    Ferguson Enterprises Inc,    Fagel Haber LLC,    55 East Monroe 40th Floor,
             Chicago IL 60603-5713
11008764   +Lundberg Brothers Construction,    2568 N. Conger Road,    Pecatonica, IL 61063-9565
11008766    Mark St. Clair,    2503 Cerro Vista Drive,    Rockford, IL 61107-1005
11008767   +McDermaids Roofing & Insulating Co,    1229 Kishwaukee Road,    Rockford, IL 61104-4893
11008768   +Mobil Lube Express,    7706 North Second St.,    Machesney Park, IL 61115-2820
11008769    National Waterworks,    PO Box 91036,    Chicago, IL 60693-1036
11008770   +Neenah Foundry, Inc.,    PO Box 729,    Neenah, WI 54957-0729
11008771   +Nicholson Hardware,    PO Box 1718,    Rockford, IL 61110-0218
11008772   +North Park Rental,    9624 N. Second Street,    Machesney Park, IL 61115-1696
11008773   +Northern IL Insulation, Inc.,    7844 Burden Road,    Machesney Park, IL 61115-8201
11008774   +P.G. Architecture,    2601 Reid Farm Road - Suite C,    Rockford, IL 61114-6698
18781955    P.G. Design/Build,    c/o Fulbright + Associates, P.C.,    P.O. Box 1510,
             Rockford, IL  61110-0010
11008775    Plumbmaster Professional Gorup,    PO Box 890845,    Charlotte, NC 28289-0845
11008778   +Riverside Community Bank,    Atty: David Aaby,    1318 E State St,    Rockford IL 61104-2228
18725952   +Riverside Community Bank,    Craig A Willette,    1318 E State St,    Rockford IL 61104-2228
11008779   #Rock Valley Culligan,    702 N. Madison,    Rockford, IL 61107-3994
11008780    Rockford Industrial Welding,    PO Box 5404,    Rockford, IL 61125-0404
11008781   +Rubloff Construction,    4949 Harrison Avenue,    Rockford, IL 61108-7987
11008782   +Sign's Now,    700 20th Street,    Rockford, IL 61104-3505
11008783   +Steiner Electric Co.,    2665 Paysphere Circle,    Chicago, IL 60674-0026
11008784  +++Stenstrom,    c/o Attorney Bradley T. Koch,    800 N Church St.,    Rockford IL 61103-6919
11008785   +Super Mix, Inc.,    5435 Bull Valley Road,    Suite 130,    Mchenry, IL 60050-7433
11008786   +Test Guage Industries, Inc.,    125 East Higgins Road,    Gilberts, IL 60136-9659
11008787   +Thompson Hopps, INc.,    5619 Pikes Road,    Loves Park, IL 61111-4710
11008788   +Troy Lee Excavating, Inc.,    5024 Torque Road,    Loves Park, IL 61111-7164
11008790    United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
11008791   +Wireless One, Inc.,    5057 Edgemere Plaza,    Roscoe, IL 61073-8800
11008792   +YCS Printing,    305 E. Riverside Blvd.,    Loves Park, IL 61111-8421
11066189   +Yellow Book USA,    c/o RMS Bankruptcy Recovery Services,    POB 5126,    Timonium MD 21094-5126
11008793   +Yellow Book USA,    6300 C Street SW,    Cedar Rapids, IA 52404-7470
11008794   +Youngs Consulting Services, Inc.,    305 E. Riverside Blvd.,    Loves Park, IL 61111-8421
11008795   +Zee Medical,    PO Box 15735,    Loves Park, IL 61132-5735
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11008776       E-mail/Text: drossner@pompstire.com Aug 08 2012 02:46:59     Pomps Tire Service,    PO Box 1630,
               Green Bay, WI 54305-1630
11008777       E-mail/Text: CustomerNoticesEast@dexknows.com Aug 08 2012 02:13:20     R.H. Donnelley,
               8519 Innovation Way,    Chicago, IL 60682-0085
                                                                                              TOTAL: 2
```

```
District/off: 0752-3          User: kkrystave              Page 2 of 3                  Date Rcvd: Aug 07, 2012
                              Form ID: pdf006              Total Noticed: 65

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11008739     ##+Blackhawk Communications,    1535 Windsor Road,    Loves Park, IL 61111-4249
11008740     ##+Bob's Hardware,    2710 20th Street,    Rockford, IL 61109-1410
11008743     ##+CBK Supply, Inc.,    ATTN: Alan W. Vierthaler,    PO Box 1037,    Janesville, WI 53547-1037
11008763     ##+Lift Works, Inc.,    1201 W. Hawthorne Lane,    West Chicago, IL 60185-1815
11008765     ##+Maffett's Advertising,    12456 Northgate Road,    Roscoe, IL 61073-9610
11008789     ##+Twin City Supply,    PO Box 6011,    Rockford, IL 61125-1011
                                                                                              TOTALS: 0, * 0, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 09, 2012**                          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: kkrystave            Page 3 of 3              Date Rcvd: Aug 07, 2012
                              Form ID: pdf006            Total Noticed: 65
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2012 at the address(es) listed below:

```
              Bernard J Natale    on behalf of Debtor  Smeltzer Plumbing Systems, Inc natalelaw@bjnatalelaw.com
              Craig A Willette    on behalf of Trustee Joseph Olsen craigwillette@comcast.net
              Debra A Delia    on behalf of Creditor  CB&K Supply, Inc. ddelia@oliverclose.com,
               ncooney@oliverclose.com
              Jason H Rock    on behalf of Creditor Marylynn & Gregory Smeltzer jrock@bslbv.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Counter-Defendant Joseph Olsen jolsenlaw@aol.com
              Joseph D Olsen    on behalf of Plaintiff Joseph Olsen jolsenlaw@aol.com, IL46@ECFCBIS.com
              Karl F. Winkler    on behalf of Defendant  CB&K kwinkler@oliverclose.com, sparis@oliverclose.com
              Lauren  Newman    on behalf of Debtor  Smeltzer Plumbing Systems, Inc lnewman@thompsoncoburn.com,
               dmannella@thompsoncoburn.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Shawn C. Fulbright    on behalf of Counter-Claimant  PG Design/Build, Inc shawn@fulbrightlaw.net
                                                                                             TOTAL: 11
```